JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANS TADEJA, | Case No. ED CV 16-1404 FMO (ASx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| WELLS FARGO BANK, N.A., et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 4th day of October, 2016.

/s/
Fernando M. Olguin
United States District Judge